FILED: November 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4597
(1:06-cr-00583-CCB-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

COLLIN HAWKINS

   Defendant - Appellant

_____

O R D E R

_____

   The court will not consider a motion to file a pro se supplemental brief unless the motion is accompanied by the proposed brief. The court denies appellant's motion to file a pro se supplemental brief because the motion was not accompanied by the proposed brief.

             For the Court--By Direction

             /s/ Patricia S. Connor, Clerk